Case 1:25-mj-00277-MAU    Document 1-1

Case: 1:25-mj-00277
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 12/8/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On December 4, 2025, at approximately 0509 hours, the Office of Unified Communications (OUC) received an emergency call from the Complainant stating that she was being held by a man with a gun, who was subsequently identified as Hieu Trung VU. The Complainant advised that she was naked, and that VU also was in possession of narcotics. The Complainant stated that she attempted to leave the location where she was being held and that he beat her and that she is locked in a room.

The Complainant advised that VU was armed with weapons and that he is a possible mental health consumer. Detective Sergeant Kimball responded and assisted the patrol officers with locating the Complainant who had initiated the 911 SOS. OUC 911 and officers worked diligently to locate the Complainant who was trying not to alert VU that she had called the police and was unable to give her exact location over the call or make her presence known to officers. OUC was able to provide a GPS location for the Complainant's cell phone, and with the assistance of the landmarks provided by the Complainant, officers were able to locate an approximate location of the Complainant.[1]

The Complainant was able to throw her black bag from the rear window of 1432 Wisconsin Ave, NW, to aid the officers in ascertaining her exact location. Because of the likelihood that VU was armed and the Complainant's report of violence, Officers prepared to enter the location.

Officers were able to locate the bag but due to the configuration of the rear of the connecting properties they initially forced entry into the rear of Potomac Hemp Dispensary at 1432 Wisconsin Ave, NW, and then into the front entrance to the living space at 1432 Wisconsin Ave, NW, where the Complainant was located on the second floor apartment on the right. Once the Complainant was safe with officers VU was found in the interior of the unit and detained. The Complainant was treated by DC EMS and transported to George Washington Hospital for further medical evaluation.

Detective Sergeant Kimball interviewed the Complainant who reported that she has been speaking to VU for approximately two months and that they were trying to date. On the evening of December 3, 2025, the Complainant went to his residence at 1432 Wisconsin to stay the night which was her first time at the location. When they arrived, VU asked the Complainant about contributing $200.00 dollars to the cost of the short-term unit rental fee. An argument over the money began and VU got increasingly upset. VU pulled out a pistol and put it to the Complainant's head and threatened her. The Complainant wanted to leave, but VU hit the Complainant on the back of the head, and she fell and lost consciousness. The Complainant stated she was afraid of what VU may do and later that night she again attempted to leave the location.

---

[1] While on scene, MPD members did not see a record for the Complainant in law enforcement databases based on her given name and date of birth. The Complainant also gave a date of birth that was approximately 5 years older than what she later stated at the hospital.

The Complainant tried to run to the door and flee but VU ran behind her, grabbed her by the hair, and dragged her back into the apartment. VU confined the Complainant to the bedroom inside the unit. The Complainant made two more attempts to escape but VU grabbed her and prevented her from getting away. Throughout this time, VU appeared enraged and punched the Complainant multiple times about her head.

According to the Complainant, VU confined the Complainant to the bedroom all night and would not let her leave, even to use the bathroom. In the morning, when VU was asleep, the Complainant activated 911 on her cellphone. The Complainant stated she was afraid that VU may hurt her if she tried to escape again. The Complainant stated that VU was a drug dealer and travels between DC and VA to sell narcotics. The Complainant stated the firearm should still be in the apartment.

Detective Bowman responded to George Washington Hospital and interviewed the Complainant with the assistance of Officer Puentes for Spanish translation. Your affiant learned from Detective Sergeant Kimball, who reported to the hospital as well, that the Complainant suffered a contusion to her left side ribs, contusions with small lacerations to the top right of her head, and pain with no visible injury to the left side of her head. The Complainant stated that VU is a drug dealer who makes a lot of money selling drugs in the Maryland, D.C., and Virginia area. VU has in a Coach bag in the unit containing 1 gram of Fentanyl, and 8 grams of Crystal Meth, and in the unit a black loaded handgun, and a gray older handgun.

VU claimed nothing occurred and they only argued over the Complainant wetting the bed from intoxication. The Complainant indicated no sexual assault took place, but VU did order her to strip naked during the time he held her captive. In all, the Complainant made three attempts to flee and VU restrained her from escaping.

The Complainant stated that when she initially got there on December 3, 2025, at approximately 2200 hours, she went to sleep because VU was with a client. VU got into bed and laid down with her until she got up and made coffee and was watching television.

MPD obtained a search warrant for the apartment (2025CSWSLD005249) and prepared to make entry.

At 1635 entry was made at 1432 Wisconsin Ave, NW, in execution of the search warrant. Located in the rear bedroom was a tan backpack that contained two handguns. Located in the kitchen in a cabinet under the counter was a black backpack that contained bump keys in the front pocket, an iPhone, Samsung cell phone, and a black & tan Coach bag. Inside of the Coach bag was an assortment of Cocaine, THC wax, Methamphetamine, that were field tested positive on the scene. The Coach bag also contained a white substance believed to be Fentanyl which was taken for further testing. The Coach bag also contained drug paraphernalia, a Chime card in the name of Hieu Vu, a picture of VU with an unknown female, and identification material for a third party. The above listed items were seized as evidence, in addition to personal items belonging to the Complainant which were taken for safekeeping.



*Image of Suspected Controlled Substances*

The first firearm was Glock 43X, 9X19 caliber with possible auto sears switch, 9 rounds in a 10-round capacity magazine. The second firearm was a CZ model 27, 7.65 caliber.



*Image of the Recovered Glock*



*Image of the CZ*

A criminal history check showed that VU was previously convicted in 2022 in Fairfax Circuit Court Case number FE-2022-0000332 of Possess W/ Intent To Manufacture /Sell Schedule I, II and sentenced to 5 years of incarcerated with 2 years and 4 months suspended penitentiary. Accordingly, VU would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Hieu Trong VU with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**, 22 D.C. Code § 402 **(Assault with a Dangerous Weapon)**, and 22 D.C. Code § 4504(b) **(Possession of a Firearm During a Crime of Violence or Dangerous Offense)**.

_____
Detective Daniel Gray
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on December 8, 2025.

_____
Honorable Moxila A. Uphadyaya
United States Magistrate Judge